ANTHONY P. MILLER, complainant-respondent,

*v.*

SABINA E. WEAVER et al., defendants-appellants.

[Decided September 19th, 1941.]

*Mr. William I. Garrison,* for the appellants.

*Messrs. Smathers, Scott & Munyan (Mr. Thomas H. Munyan,* of counsel), for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Sooy.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.